NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES LLOYD WALKER,**
*Petitioner*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent*

---

2024-2333

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-22-0444-I-2.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Department of the Navy's motion for summary affirmance (ECF No. 4) and James Lloyd Walker's failure to file the required Statement Concerning Discrimination and pay the filing fee (or seek leave to proceed *in forma pauperis*),

2                                                                    WALKER v. NAVY

IT IS ORDERED THAT:

(1)  The matter is dismissed.  *See* Fed. Cir. R. 15(c)(3); Fed. Cir. R. 52(d).

(2)  Each party shall bear its own costs.

(3)  ECF No. 4 is denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 13, 2024
Date